**IPP International U.G. Declaration Exhibit A**
**File Hashes for IP Address 73.246.211.65**

**ISP:** Comcast Cable Communications Management, LLC
**Physical Location:** Hinsdale, IL

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 10/21/2017 14:55:31 | 453340FAF070AF684325FB7AA9C410B4C4F91EFE | Perfect Pussycat |
| 10/17/2017 02:17:10 | 51D55C5CDB6AAE605834867ADBDA19864C677ECA | Summer Lovers |
| 07/02/2017 11:35:31 | AB4892DFB482797E5AEC998BD026024AC4F26912 | Just Like Valentines Day |
| 07/02/2017 11:27:52 | 565440F35F27ECAB9F34C652144C2D48152ECA0F | An Afternoon Inside Kim |
| 04/30/2017 01:03:21 | 27BBB5802EAB51683B352E88A98F380B88B68FA1 | Deep Inside Gina |
| 02/26/2017 22:52:56 | 5BE72087BE0A40DCD478226B1B5CDB6A1340CCD9 | Green With Envy |
| 02/26/2017 22:45:32 | 0FEB782D43D19333144FAAF9E2F5F6BC9712CBD4 | Sex Games |
| 02/26/2017 22:07:59 | F37E879D091658CE5B9278B3011710D5C638BFF0 | Milla Goes Nuts For Doughnuts |
| 02/26/2017 21:26:00 | 396B56BB1F1BE878ED4C8D7A45773A30A9BF67D6 | A Rose A Kiss and A Bang |
| 02/26/2017 20:15:49 | C1167B98AEAF10E9C23C713B50A0761674F1CA57 | New Year Bang |
| 01/01/2017 21:16:01 | 99EDBD4C938492DA57A5CDA22756624ED11ADD8E | Beauty In Blue |
| 11/06/2016 19:18:22 | DF135320F2922F03C084D06853DE159A3E7AFF6D | Wet Perfection |
| 11/06/2016 12:32:26 | 7419715F61235A8F635A1F1217E78570D5873285 | Cum For A Ride |
| 11/06/2016 00:04:25 | 407C62C43DE3A1F4C48979E4C145AD5199CC7F05 | Forbidden Fruit |
| 10/24/2016 00:10:21 | 194BDFAF80C39EB80D0651C480C874B75733BF7F | Fireball |
| 10/06/2016 20:56:58 | 5E500BF131E359609FF9041D824733A75EF7AB6D | Kiss From A Rose |
| 10/06/2016 19:55:21 | 09889EBF7CDF9363654C0ACB2EC4A98317E3B44C | Luvv Me Tender |
| 09/11/2016 18:25:48 | 4BBDA2C82E064C77F7C6BD14AE63E43BD7C669AE | Superhot Sexting |
| 09/11/2016 17:55:41 | 00F913D85A531E24ADC573E8F36E0148AD4F87BC | Hungry For Your Love |
| 09/11/2016 17:44:51 | 1E10476D82581FA264DD3D5EC9771D2F49F9A677 | Love Her Madly |
| 09/11/2016 14:27:40 | ACFEE143AA00FFCBE2A3445CDDD3D38B37C775D2 | How Deep Is My Love Part #2 |
| 07/30/2016 18:16:43 | D9FDE55D6B9E8B8BA70B5FF4D283BE9FCE2AEAFB | Alone With You |

EXHIBIT A

NIL820

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 07/30/2016 16:44:08 | 86C22A745DAF124EEC80D31E24924F38AF32EE7F | Pink Kitty |
| 07/30/2016 16:15:00 | 1C6E61E6696FA820CB8A8109C203E91C48D2C6A2 | Sultry Summer Heat |
| 07/30/2016 11:35:45 | 2EF3972EA6A9C0A587898CC965BA248F80F3DF3B | Good Morning Melissa |
| 06/04/2016 20:40:56 | 5CF74DDFF817F18342D01A1E88D2053BB766C91E | The Artiste |
| 06/04/2016 20:33:11 | B9ABEA05DEE2C3015EFFCD7E32E4889B985FEF46 | Night Of Excitement |
| 06/04/2016 19:48:45 | 3BEA091FF51380743F7EDF2F42E49503CD94BCC2 | Deep in Love |
| 06/04/2016 18:58:16 | 0989CB77070D67E14B3FF445DB09F9E9017351AC | Asstastic |
| 05/07/2016 16:28:26 | 52E59CA006DFC91CFBC3C7F1DD30E30E34903998 | Kristin and Nine Unleashed |
| 05/07/2016 11:22:58 | 3CD4FFAF5440DFE6A6E9BE4946542C08ECB5C417 | Threesome With a View |
| 05/07/2016 10:57:37 | DF7BECA848BF6DB498ECAA1479B9D3B31E99B891 | Nina Needs It Now |
| 04/04/2016 00:07:23 | 5241A3DBB2249475FD1F615AEEA456DBC84E9F99 | Twice as Nice |
| 04/03/2016 13:56:14 | 3AF4635BEF261A5FB7F5C924B3F3CC9470EE674F | Crush on Kush |
| 04/02/2016 20:24:40 | 2BE9FD643CC1CBB64A9764FBF1B6FBE3CB0DF3EA | Suds And Sex |
| 03/11/2016 02:59:41 | E686A39A3715DCB454347307A4E942D7E84562A9 | Getting Our Pussies Wet For You |
| 03/06/2016 17:08:26 | E7F8EA6DFDA0695213A067809387DFA5BB170468 | The Cock Teaser |
| 03/06/2016 16:32:32 | 8879E98926E91E494C473FD4CEF1DD134182B4EF | Two Cocks In Karla |
| 03/06/2016 15:29:26 | EE4BD4A311F61368C1BBB8621F55442D9AAF3D85 | Loving It Hard And Deep |
| 03/06/2016 15:05:35 | 2D977CF21E6554D14D2FCAF8763E43CA6636E264 | Luckiest Man Alive |
| 02/06/2016 03:03:55 | 80E866DE925809C923A0E59144E6466448FD8794 | Sexy Summer Camp |
| 02/06/2016 02:48:16 | DD27C23938B719166309DA7593FC76FB48A4B741 | Hot In Here |
| 02/06/2016 01:58:14 | 1B18D50812B58182D5E73C2DF44A124A48B3A479 | Sex At The Office |
| 02/06/2016 01:51:57 | 1DA4E3B461C8497C602044996D082317B1FFE2B0 | Four Way In 4K |
| 02/06/2016 01:40:08 | 5811C75D0CA3CD35C2CD6C2294A4209E2744BE21 | Sweet Sensations |
| 01/03/2016 23:40:10 | 50DBA7FAC7572CF3CAD78489F6FEFB325DF8A2E9 | Xmas Cums Once A Year |
| 01/03/2016 23:37:46 | FC35F5ED86A37786D1CE7F3C99C7AEC5B0A500EE | Inside Caprice |

EXHIBIT A

NIL820

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 01/03/2016 23:28:52 | 59B39828EC56E960501BC4C135A1182FB8C8CCBA | Black Widow |
| 01/03/2016 23:28:51 | 39B21C904701AD988183CEEE4E3CA0D98FA5A76D | Make Me Cum |
| 01/03/2016 23:22:48 | 3E780C05521E9A7325176298289C460E0B4A6454 | All I Want for Christmas |
| 01/03/2016 23:17:20 | 1FC1268A5DAB4594AE21B3A0485421FB34402E79 | This Is What Heaven Looks Like |
| 01/03/2016 23:06:00 | 7C357F16175686F336277E82ED6D95B9A82199E2 | Hot Winter Fox |
| 12/05/2015 22:29:25 | 2A94E9CD7A286A29D404FD62368ED29C2EB97D3B | Two Fingers Deep |

**Total Statutory Claims Against Defendant: 53**

EXHIBIT A

NIL820